# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5169**                                                     **September Term, 2024**

**1:18-cv-00038-RBW**

**Filed On: October 3, 2024** [2078063]

Dorian Van Horn,

      Appellant

    v.

Carlos Del Toro, in his official capacity as
Secretary, U.S. Department of the Navy,

      Appellee

### M A N D A T E

    In accordance with the judgment of October 3, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:    /s/
                                          Daniel J. Reidy
                                          Deputy Clerk

Link to the judgment filed October 3, 2024